JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br> Plaintiffs, <br> v. <br> JAMES RUSSELL, et al., <br> Defendants. | Case No.: CV 17-4869 DSF (PLAx) <br><br> JUDGMENT |

The Court having dismissed the case for lack of prosecution,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 12/6/17

Dale S. Fischer
United States District Judge